Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Cameron M. LaCroix  **Case Number:** 14CR10227

**Name of Sentencing Judicial Officer:** Honorable Patti B. Saris, Chief U.S. District Judge

**Date of Original Sentence:** October 27, 2014

**Original Offense:** Intentionally Causing Damage to a Protected Computer, in violation of 18 USC § 1030(a)(5)(A)

**Original Sentence:** 48 months of custody followed by 36 months of supervised release

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** 6/09/2017

## NON-COMPLIANCE SUMMARY

| Violation Number | Nature of Non-Compliance |
|---|---|
| I | **Violation of Standard Condition #6:** The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.<br><br>On 11/30/18, via an email sent to this officer, Mr. Lacroix indicated that he submitted his resignation to U-Haul on 11/17/18. Thus, Mr. Lacroix failed to notify the probation officer at least ten days prior to terminating employment. In a subsequent conversation with this officer, Mr. Lacroix indicated that he terminated employment with U-Haul, but did not have any other employment in place. At the time of this report's submission, Mr. Lacroix is unemployed. |
| II | **Violation of Special Condition #3:** The defendant shall allow the U.S. Probation Office to install software designed to monitor computer activities on any computer the defendant is authorized to use. The defendant shall contribute to the cost of such monitoring services, based on the defendant's ability to pay, as deemed appropriate by the Probation Office. The defendant shall not attempt to remove or otherwise defeat such systems, and shall allow the Probation Office to examine such computer and receive data from it any reasonable time.<br><br>On 12/4/18, during a home visit, this officer observed an operational desktop computer in Mr. Lacroix's apartment (this computer was not observable during prior home visits). This officer asked: (a) if Mr. Lacroix was using the computer to access the internet and (b) inquired about the duration of computer use. Mr. Lacroix admitted that he had been using the computer and accessing the internet for |

|  | approximately two (2) hours. As Mr. Lacroix failed to provide any prior notification of this computer use, the Probation Office was not able to install software designed to monitor computer activities during the times that Mr. Lacroix admitted to using the computer. |
|---|---|

U.S. Probation Officer Action:

During the 12/4/18 home visit, this officer coached Mr. Lacroix on the importance of adhering to all conditions of supervised release. Ultimately, Mr. Lacroix indicated that he did not want to install monitoring software on the computer and agreed to remove the computer from his residence Mr. Lacroix reported that he would arrange for his parents to take possession of his computer. This officer advised Mr. Lacroix of the possible risks and consequences of continued non-compliance. This officer reviewed the conditions of supervised release and emphasized the special conditions concerning computer use and monitoring. Moreover, this officer instructed Mr. Lacroix on: (a) creating and utilizing an employment transition plan; (b) communicating effectively and honestly with probation staff; and (c) avoiding activities and behaviors that have resulted in personal and legal problems in the past.

Although seemingly minor, the Probation Office is concerned with Mr. Lacroix's non-compliance. As the Court is aware, Mr. Lacroix is on a concurrent term of supervised release related to a conviction for Computer Fraud, in violation of 18 USC § 1030(a)(2) & (c)(2)(B); Computer Fraud, in violation of 18 USC § 1030(a)(5) & (c)(4)(B); and Access Device Fraud, in violation of 18 USC 1029(a)(3) & (c)(1)(A) (Dkt. 14CR10162-MLW). The Honorable Mark L. Wolf, Senior U.S. District Judge, has also been notified of the above noted noncompliance via a Probation Form 12A.   Also of note, Mr. Lacroix incurred a prior federal conviction for charges related to damaging personal computer systems (Dkt. 05CR10163).

Despite the concerning nature of the non-compliance corresponding with Mr. Lacroix's risk history, probation staff does not believe that Court action is necessary at this time. As an interventional effort, probation staff will: (a) confirm that the computer has been removed from Mr. Lacroix's residence or facilitate installation of monitoring software on the computer should Mr. Lacroix choose to keep possession of the computer (b) continue to monitor Mr. Lacroix in the community; (c) collaborate to facilitate Mr. Lacroix's skill development; and (d) encourage Mr. Lacroix to re-engage in gainful employment. If Mr. Lacroix engages in additional non-compliance, probation staff will provide prompt notification and request Court action if necessary. Please consider this document as notification of the non-compliance.

| Reviewed/Approved by: | Respectfully submitted, |
|---|---|
| */s/ Lisa Paiva* | */s/ Justin Prophet* |
| Lisa Paiva | by Justin Prophet |
| Supervisory U.S. Probation Officer | U.S. Probation Officer |
|  | Date:  12/5/2018 |

Prob 12A                                          -3-                                Report on Offender Under Supervision

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ]  Approved
[ ]  Submit a Request for Modifying the Conditions or Term of Supervision
[ ]  Submit a Request for Warrant or Summons
[ ]  Other

 

_____
Honorable Patti B. Saris
Chief, U.S. District Judge


_____
Date