# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> v. <br><br> CAMERON LACROIX, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) No. 1:14-cr-10227-PBS-1 |

## NOTICE OF APPEARANCE

Please enter my appearance in the above-mentioned case as counsel for the United States of America.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

Dated: January 29, 2019   By:  /s/ Mackenzie A. Queenin
MACKENZIE A. QUEENIN (BBO #688114)
Assistant United States Attorney
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
Tel: (617) 748-3338
mackenzie.queenin@usdoj.gov

**CERTIFICATE OF SERVICE**

     I certify that, on January 29, 2019 I caused a copy of the foregoing document to be served via the ECF system on all counsel of record.

Dated:  January 29, 2019     By:  /s/ Mackenzie A. Queenin

                                                   Mackenzie A. Queenin
                                                   Assistant United States Attorney