UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES,<br><br>                Plaintiff,<br>v.<br><br>CAMERON LACROIX<br><br>                Defendant. | No. 1:14-cr-10227-PBS-1 |

## MOTION TO CONTINUE SUPERVISED RELEASE REVOCATION HEARING

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully requests that the Supervised Release Revocation hearing currently scheduled for February 27, 2019 at 10:00 am be continued approximately 20-30 calendar days.

In support of this motion to continue, the government states that it is awaiting a search warrant return for historical cell site data that may contain valuable information relevant to the defendant's Violation No. 4 (that defendant not commit another local, state or federal crime). As such, the interests of justice would be best served by granting this extension. In further support of this motion to continue, the undersigned attorney also has a previously scheduled work trip out of state on February 27, 2019. The United States has conferred with defense counsel who takes no position as to this request for a continuance.

                                          Respectfully submitted,

                                          ANDREW E. LELLING
                                          United States Attorney

Dated: February 20, 2019       By:   /s/ Mackenzie A. Queenin
                                                 MACKENZIE A. QUEENIN (BBO #688114)
                                                 Assistant United States Attorney
                                                 John Joseph Moakley Courthouse
                                                 One Courthouse Way, Suite 9200
                                                 Boston, Massachusetts 02210
                                                 Tel: (617) 748-3338
                                                 mackenzie.queenin@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that, on February 20, 2019 I caused a copy of the foregoing document to be served via the ECF system on all counsel of record.

Dated:  February 20, 2019          By:   /s/ Mackenzie A. Queenin

                                            Mackenzie A. Queenin
                                            Assistant United States Attorney