UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | No. 14-CR-10227 (PBS) |
| CAMERON LACROIX, | ) ) | |
| Defendant | ) ) ) | |

MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO COMPEL

The United States respectfully requests that the Court permit it to respond to defendant Cameron Lacroix's December 15, 2025 motion to compel the United States Probation Office to produce certain documents pertaining to his supervision (Docket No. 92) on or before January 23, 2026. As grounds for the motion, the government respectfully submits that the assigned Assistant United States Attorney has been out of the District on work-related travel, and the government needs to review the docket in Mr. Lacroix's civil matter and to consult with the United States Probation Office as to its position on the motion. There is accordingly good cause for the government to request an additional seven days to respond to Mr. Lacroix's motion.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney


By: /s/*Seth B. Kosto*
Seth B. Kosto
Mackenzie A. Queenin
Assistant United States Attorneys

January 16, 2026

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2025, I served a copy of the foregoing through the Court's Electronic Case Filing system.

/s/*Seth B. Kosto*
Seth B. Kosto
Assistant United States Attorney

January 16, 2026